# UNITED STATES DISTRICT COURT

for the

### District of South Carolina

| | | |
|---|---|---|
| Donald S. Shealey | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.      4:17-cv-1653-JFA |
| Bonita Mosely | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the petitioner *(name)* _____.

■  other: This case is dismissed without prejudice and without issuance and service of process. A certificate of

appealability is denied.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, United States District Judge. The court adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   August 30, 2017                                    *CLERK OF COURT*

                                                    s/Debbie Stokes
                                    _____
                                                    *Signature of Clerk or Deputy Clerk*